UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY R. BROWN,

CASE NO. 8:09-CV-01504-T-24EAJ

    Plaintiff,

vs.

CHRISTOPHER D. ALLEN and ALAMO
FINANCING, L.P.,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, TIMOTHY R. BROWN, by and through his undersigned attorneys and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and hereby files this Response to Defendant's Motion to Dismiss and Motion for Leave to Amend Complaint and as grounds, therefore, states as follows:

1. On or about June 30, 2009, Plaintiff filed his original Complaint in this matter in the Twelfth Judicial Circuit in and for Sarasota County, Florida.

2. On or about August 6, 2009, the former Defendant, ALAMO FINANCING, L.P., removed this action to The United States District Court, Middle District of Florida, based on diversity jurisdiction. ALAMO FINANCING, L.P.'s Notice of Removal alleged that the Defendant, CHRISTOPHER D. ALLEN, is a permanent resident of Estepoma, Malaga, Spain.

3. After attempting to personally serve the Defendant, CHRISTOPHER D. ALLEN, unsuccessfully, Plaintiff served this Defendant through the Secretary of State, pursuant to Florida Statutes §48.161.

4. On September 30, 2009, the Secretary of State accepted service of process on behalf of the Defendant, CHRISTOPHER D. ALLEN.

5. After Plaintiff attempted to forward notice of service of process to the Defendant, CHRISTOPHER D. ALLEN, via certified mail to his last known address (listed on accident report) in The United Kingdom, counsel for Defendant, CHRISTOPHER D. ALLEN, filed a Motion to Dismiss for Insufficient Service of Process.

6. On October 28, 2009, Plaintiff's counsel forwarded correspondence to counsel for Defendant, CHRISTOPHER D. ALLEN, seeking a stipulation to file an Amended Complaint to cure the alleged deficiencies regarding service noted in Defendant's Motion to Dismiss.

7. To date, the Defendant has not stipulated to Plaintiff filing an Amended Complaint, therefore, Plaintiff seeks leave of Court to file an Amended Complaint in this action to correct the pleading deficiencies set forth in Defendant's Motion to Dismiss regarding obtaining service of process on the Defendant, CHRISTOPHER D. ALLEN. A true and correct copy of Plaintiff's proposed Amended Complaint is attached hereto as Exhibit "A".

8. Further, as Plaintiff will necessarily have to comply with the Hague Convention in forwarding service of process to the Defendant, CHRISTOPHER D. ALLEN, Plaintiff requests additional time to serve the Defendant upon filing of the Amended Complaint.

9. This Motion is not filed for the purpose of delay or harassment, and no party will be prejudiced by the granting of this Motion and the denial of Defendant's Motion to Dismiss.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that Defendant's Motion to Dismiss be denied, and that Plaintiff's Motion for Leave to Amend Complaint be GRANTED.

Respectfully submitted,

*[signature]*

Farrah C. Fugett-Mullen
Attorney E-mail address: fmullen@foryourrights.com
Lytal, Reiter, Clark, Fountain & Williams, LLP
515 N. Flagler Drive, Suite 1000
West Palm Beach, FL 33401
Telephone: (561) 655-1990
Facsimile: (561) 832-2932
Attorney for Plaintiff, Timothy R. Brown
Florida Bar No.: 0577121

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*[signature]*

Farrah C. Fugett-Mullen
Attorney E-mail address: fmullen@foryourrights.com
Lytal, Reiter, Clark, Fountain & Williams, LLP
515 N. Flagler Drive, Suite 1000
West Palm Beach, FL 33401
Telephone: (561) 655-1990
Facsimile: (561) 832-2932
Attorney for Plaintiff, Timothy R. Brown
Florida Bar No.: 0577121

Case #8:09-CV-0154-T-26EAJ
Page 4

## SERVICE LIST
### Timothy Brown vs. Alamo

### Case #8:09-CV-0154-T-26EAJ
### United States District Court, Middle District of Florida

Anthony J. Petrillo, Esquire
Marcella L. Garcia, Esquire
Attorneys E-mail addresses: ajp@ls-law.com and mlg@ls-law.com
Luks, Santaniello, Perez, Petrillo, Gold & Jones
100 N. Tampa Street, Suite 2120
Tampa, FL 33602
Telephone:    (813) 226-0081
Facsimile:    (813) 226-0082
Attorneys for the Defendant, Alamo
(Via Notice of Electronic Filing generated by CM/ECF)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY R. BROWN,   CASE NO. 8:09-CV-01504-T-24EAJ

      Plaintiff,

vs.

CHRISTOPHER D. ALLEN,

      Defendant.
_____/

## AMENDED COMPLAINT

COMES NOW the Plaintiff, TIMOTHY R. BROWN, by and through his undersigned attorneys and sues the Defendant, CHRISTOPHER D. ALLEN, and alleges:

### ALLEGATIONS COMMON TO ALL COUNTS

1.    This is an action for damages which exceed the sum of Fifteen Thousand Dollars ($15,000.00).

2.    At all times material hereto, Defendant, CHRISTOPHER D. ALLEN, was a nonresident of the State of Florida or, alternatively, was a resident of the State of Florida and is concealing his whereabouts.

3.    To the best of Plaintiff's knowledge and belief, the Defendant, CHRISTOPHER D. ALLEN, is currently a nonresident of the State of Florida.

4.    At all times material hereto, Defendant, CHRISTOPHER D. ALLEN, was operating a motor vehicle in Sarasota County, Florida, and is subject to the jurisdiction of this Court under Florida Statutes §48.171.

5.    At all times material hereto, Defendant, CHRISTOPHER D. ALLEN, was subject to



PLAINTIFF'S EXHIBIT A

the jurisdiction of this Court under Florida Statutes §48.193(1)(b) for committing a tortuous act within the State of Florida, as more fully outlined below.

6. On or about December 22, 2006, Defendant, CHRISTOPHER D. ALLEN was the permissive user of a motor vehicle owned by Alamo Financing, L.P., and was operating said motor vehicle on US 41/SR 45 in Sarasota County, Florida.

7. At the time and place aforementioned, Defendant, CHRISTOPHER D. ALLEN, so negligently operated and maintained his motor vehicle so as to cause it to come in contact with a motor vehicle owned and operated by Plaintiff, TIMOTHY R. BROWN, causing injury to the Plaintiff.

## COUNT I - NEGLIGENCE OF CHRISTOPHER D. ALLEN

8. Plaintiff adopts and re-alleges the allegations set forth in paragraphs 1 through 7 as if fully set forth herein.

9. As a direct and proximate result of the negligence of the Defendant, CHRISTOPHER D. ALLEN, as alleged herein, Plaintiff, TIMOTHY R. BROWN, was injured in and about his body, suffered aggravation of pre-existing condition, pain and suffering, disability, disfigurement, impairment of working ability, mental anguish, loss of enjoyment of life and Plaintiff incurred medical expenses in the care and treatment of said injuries; all of said injuries are permanent within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, TIMOTHY R. BROWN, demands judgment for damages against Defendant, CHRISTOPHER D. ALLEN, and further demands trial by jury.

Respectfully submitted,

_____
Farrah C. Fugett-Mullen
Attorney E-mail address: fmullen@foryourrights.com
Lytal, Reiter, Clark, Fountain & Williams, LLP
515 N. Flagler Drive, Suite 1000
West Palm Beach, FL 33401
Telephone:    (561) 655-1990
Facsimile:    (561) 832-2932
Attorney for Plaintiff, Timothy R. Brown
Florida Bar No.: 0577121

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of _____, 20___, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Farrah C. Fugett-Mullen
Attorney E-mail address: fmullen@foryourrights.com
Lytal, Reiter, Clark, Fountain & Williams, LLP
515 N. Flagler Drive, Suite 1000
West Palm Beach, FL 33401
Telephone:    (561) 655-1990
Facsimile:    (561) 832-2932
Attorney for Plaintiff, Timothy R. Brown
Florida Bar No.: 0577121

Case #8:09-CV-0154-T-26EAJ
Page 4

## SERVICE LIST
### Timothy Brown vs. Alamo

### Case #8:09-CV-0154-T-26EAJ
### United States District Court, Middle District of Florida

Anthony J. Petrillo, Esquire
Marcella L. Garcia, Esquire
Attorneys E-mail addresses: ajp@ls-law.com and mlg@ls-law.com
Luks, Santaniello, Perez, Petrillo, Gold & Jones
100 N. Tampa Street, Suite 2120
Tampa, FL 33602
Telephone:    (813) 226-0081
Facsimile:    (813) 226-0082
Attorneys for the Defendant, Alamo
(Via Notice of Electronic Filing generated by CM/ECF)